**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Plaintiff–Cross Appellant,**

v.

**ROCHE DIAGNOSTICS GMBH (formerly known as Boehringer Mannheim GmbH), Defendant–Appellant.**

**Nos. 03–1637, 04–1033.**

United States Court of Appeals, Federal Circuit.

Sept. 8, 2004.

Peter F. Felfe, John A. Bauer, Leon Medzhibovsky, Bruce J. Koch, Fulbright & Jaworski, New York, NY, Cornelius J. Moynihan, Jr., Nixon Peabody, Boston, MA, Caroline M. Mew, Fulbright & Jaworski, Washington, DC, for Defendant–Appellant.

John P. White, Norman H. Zivin, Robert Thomas Maldonado, Cooper & Dunham, New York, NY, For Plaintiff–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).